[No. 8100–4–I. Division One. August 10, 1981.]

PATRICK MASON, *Appellant,* v. SNOHOMISH
COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 145057, Robert C. Bibb, J., entered
October 5, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Andersen, JJ.

[No. 6716–8–I. Division One. August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
ANTHONY VLADOVIC, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81371, Horton Smith, J., entered June 2, 1978.
*Affirmed* by unpublished opinion per Callow, J., concurred
in by Swanson and Andersen, JJ.

[No. 8714–2–I. Division One. August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. HARLAND
WALTERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01484–9, Horton Smith, J., entered April
3, 1980. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Swanson and Callow, JJ.

[No. 8515–8–I. Division One. August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDA
C. BENNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89980, Robert M. Elston, J., entered February
14, 1980. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Swanson and Durham, JJ.